UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

v.

GEORGE STOKES,

        Defendant.
_____

APPEAL OF A MAGISTRATE JUDGE'S DECISION TO A DISTRICT COURT JUDGE

26 -MR- 96

    Notice is hereby given that defendant, George Stokes, appeals to the United States District Court for the Western District of New York from the Order of United States Magistrate Judge Micheal J. Roemer in *United States v. George Stokes,* 25-MJ-5095-MJR, entered on February 12, 202 (Dkt. No. 9).

    Further, for reasons discussed below, Mr. Stokes also moves for a stay of the deadline to report to jail on Tuesday, February 17, 2026.

***

    Mr. Stokes has been on release since his initial appearance on December 12, 2025. He lives with his mother and two dogs at residence that probation had approved. At a home visit last week, probation officers reported that one of the dogs at Mr. Stokes' residence approached them very aggressively. As such, probation no longer approves the residence. At a status conference on February 12, 2026, Judge Roemer ordered that Mr. Stokes either remove the two dogs from the premises, find a new place to live, or report to jail on February 17, 2025. The defense proposed that Mr. Stokes place the dogs in existing kennels or crates, or in crates in the backyard. The defense also offered to buy new crates. The Court rejected those proposals.

While the defense continues to disagree with the Court's order, Mr. Stokes is endeavoring to meet either of these first two options. However, the dogs are not his to remove from the house (he lives with his mother and they are her dogs) and he has not yet found another place live.

Accordingly, Mr. Stokes hereby appeals the Order to either (1) remove the dogs, (2) find a new place to live, (3) or report to jail. He further seeks a stay of that Order while the defense orders the transcript from the February 12, 2026 proceeding.

Mr. Stokes has been on release for two months at this point, and probation reports that, other than the issue with the dogs, Mr. Stokes has been fully compliant during that time.

Dated: Buffalo, New York, February 13, 2026.

Jeffrey T. Bagley
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341; FAX: 551-3346
jeffrey_bagley@fd.org
*Counsel for Defendant*

To:  Jeffrey Intravatola
     Assistant United States Attorney
     Western District of New York
     138 Delaware Avenue, Federal Centre
     Buffalo, New York 14202